# EXHIBIT A



**The Plantation Roof Work**

## Building One

Scope of work for Builing One: On units; 1301, 1201, 1201, 1203, 1103, 1304, 1204, 1305, 1307, 1207, 1308, 1109, 1204, 1305, 1307, 1207, 1308, 1109, 1309, 1110, 1311, 1111 & 1113 Hansen proposes to replace the listed units due to damaged fins, units being shifted or blown off of stands during high winds and possible future leaks. All other units will get new electrical components, whips & disconnects. Air Handler replacements for units 1302, 1303, 1310 due to growth in the units and on the plenums.

**Electrical**

\* There are 13 total racks, 5 racks are good and 8 need to be rebuilt. This will include building new racks with Alum strut and reusing racks that are good. The whips coming out of roof and from disconnect to units are bad and needs to be replaced on all disconnects. This will include Hansen
setting a j-box on roof jack and flexing over to new disconnects. All the disconnects needs to be replaced, most are broke due to wind or have gotten water in them and caused electrical connections to corrode.
Hansen providing all materials and fixtures as needed for repairs. This break down will also have a cost for adding smoke detectors where need as per code and GFCI protection where needed as per code. This quote is to utilize all existing good devices, panels and
fixtures.

| Condensers | | Total Equipment | Strapping | Electrical | Demo Existing Con. | Stands | Re-Install Condensers |
|---|---|---|---|---|---|---|---|
| 2 Ton | 15 | $41,463.00 | $3,217.50 | $31,442 | $13,275 | $6,560 | $21,694.51 |
| 1.5 Ton | 2 | $5,800 | | | | | |
| **Air Handlers** | | | | | | | |
| 2 Ton | 2 | $5,800.00 | | | | | |
| | | $129,252.01 | Building Total | | | | |

*Building 1* (handwritten)

## Building Two

Scope of work for Building Two: On units; 2303, 2203, 2103, 2304, 2104, 2305, 2205, 2105, 2206, 2206, 2207, 2107, 2107, 2308, 2111, 2310, 2312, 2314, 2223, 2220, 2325, 2225, 2227, 2326 & 2324 Hansen proposes to replace the listed units due to damaged fins, units being shifted or blown off of stands during high winds which could lead to leaks. All other units will get new electrical components, whips & disconnects.  Air Handler replacements for units 2103, 2104, 2105, 2107, 2110, 2114, 2116, 2117, 2120, 2122, 2124, 2123, 2209, 2125, 2127, 2202, 2206, 2217, 2213, 2219 due to growth and water damage.

**Electrical**

\* There are 27 total racks, 9 racks are good and 18 need to be rebuilt. This will include building new racks with Alum strut and reusing racks that are good. The whips coming out of roof and from disconnect to units are bad and needs to be replaced on all disconnects. This will include us setting a j-box on roof jack and flexing over to new disconnects. All the disconnects and whips needs to be replaced, Most are broke or have gotten water in them and caused electrical connections to corrode. Hansen providing all materials and fixtures as needed for repairs. This break down will also have a cost for adding smoke detectors where need as per code and GFCI protection where needed as per code. This quote is to utilize all existing good devices, panels and
fixtures.

| Condensers | | Total Equipment | Strapping | Electrical | Demo Existing Con. | Stands | Re-Install Condensers |
|---|---|---|---|---|---|---|---|
| 2 Ton | 13 | $35,933.90 | $6,683 | $50,842 | $27,472.27 | $13,120.00 | $58,180.49 |
| 2.5 Ton | 1 | $2,764.15 | | | | | |
| 1.5 Ton | 8 | $23,200 | | | | | |
| **Air Handlers** | | | | | | | |
| 2 Ton | 14 | $40,600.00 | | | | | |
| 2.5 Ton | 2 | $6,000.00 | | | | | |
| 1.5 Ton | 9 | $25,200 | | | | | |
| | | $289,995.31 | Building Total | | | | |

*Building 2* (handwritten)

## Building Three

Scope of work for Building Three: On units; 3101, 3201, 3203, 3103, 3203, 3209, 3205, 3106, 3307, 3207, 3107, 3109, 3111, 3110, 3210, 3210, 3212, 3213, 3113, 3315, 3215, 3214, 3114, 3316, 3216, 3116, 3218, 3119, 3323, 3327, 3226 & 3324 Hansen proposes to replace the listed units due to damaged fins, units being shifted or blown off of stands during high winds which could lead to leaks. All other units will get new electrical components, whips & disconnects. Air Handler replacements for units 3102, 3103, 3104, 3107, 3103, 3109, 3110, 3112, 3117, 3118, 3119, 3121, 3201, 3202, 3203, 3204, 3205, 3208, 3209, 3210, 3211, 3212, 3213, 3218, 3221, 3222, 3223, 3224, 3225, 3226, 3301, 3310, 3311, 3312, 3314, 3315, 3316, 3322, 3323, 3324, 3325, 3326, 3327 due to growth, impaction, water damage, thermostat wire needed and some duct needed.

**Electrical**

*There are 27 total racks, all need to be rebuilt. This will include building new racks with Alum strut. The whips coming out of roof and from disconnect to units are bad and needs to be replaced on all disconnects. This will include us setting a j-box on roof jack and flexing over to new disconnects. All the disconnects and whips going to units needs to be replaced, Most are broke or have gotten water in them and caused electrical connections to corrode. Hansen providing all materials and fixtures as needed for repairs. This break down will also have a cost for adding smoke detectors where need as per code and GFCI protection where needed as per code. This quote is to utilize all existing good devices, panels and fixtures.

| Condensers | | Total Equipment | Strapping | Electrical | Demo Existing Con. | Stands | Re-Install Condensers |
|---|---|---|---|---|---|---|---|
| 2 Ton | 20 | $55,283 | $4,950 | $67,442 | $27,472.27 | $13,120.00 | $50,291.61 |
| 1.5 Ton | 10 | $31,000 | $1,402.50 | | | | |
| **Air Handlers** | | | | | | | |
| 2 Ton | 31 | $89,000 | | | | | |
| 2.5 Ton | 1 | $3,000 | | | | | |
| 1.5 Ton | 8 | $22,400 | | | | | |
| | | **$365,361** | **Building Total** | | | | |

Building (3)

**Building Four**

Complete demo of all condensing units and air handlers. Hansen will furnish material and labor to re-install all new (75) condensing units and air handlers with new stands, freon raceway covers.

**Electrical**

* On Dome pool roof we will have to repair all broken conduit and rewire all exhaust and units on this roof. We will have to pull new wire for most being wire was damaged at roof line on most. * All AC disconnect racks will have to be rebuilt, this will be done with Alum rail. * All new AC disconnects and Whip/wire to units. * Will have to pull new wire from each condo unit panel up to roof top and termite. Wire was pulled and damaged from the wind and some the wire is cut at roof line. * There are a total of 4 flood lights that were on parking lot side building roof top lighting up parking lot, these have been blown from roof and wire damaged, will need to pull new wire and install new Hansen provided fixtures.
* First while ceiling and walls are open we will bring smoke locations up to code, need 1 inside and outside each sleeping area and they need to be combos, smoke/carbine. Also secure all back boxes properly for light fixtures and for outlets and switches. All wiring looks to be in good shape and should be able to use all existing conduit and wire in each unit. There is a couple units that have romex ran in ceiling to room fans that have been added, this will have to change to smurf tube or MC cable. * Demo out all fixtures and devices. After sheet rock goes back on and paint is complete we will install all new devices, smokes, plates and customer supplied fixtures and fans.(Hansen can give estimate on suppling fixture and fans if need be)
There will be GFCI's installed at code locations.(Kitchen, bathrooms, island, and wet bar). * Replace breaker panel and all breakers with up to code ARC Fault breakers where required. (All wire going from meter bank to condo units appear to be fine). * New bathroom exhaust fan.
* Change out exit lights 22 total. * Change out emergency lights 38 total, Will have to install boxes for these on walkways while the ceiling is open because they have the wrong boxes in place. * Change out corridor lights on all 5 floors with Hansen provided fixtures 126 total. * Change out 2x4 lay-ins with LED type flat panel 51 total. * Change out 2x2 lay-ins with LED type flat panel 4 total. * Change out 10 6" recess can trims with LED retro trims, cans look to be good. * Change out fans in dome pool area 5 total. * Changed out damaged 4 circuit PVC panel and breakers. * Change out damaged 125 amp 12 ckt panel in pool equipment room with new panel and breakers. Also Change out 200 amp main breaker enclosure in pool room.
*Demo out old Switch gear and CT can from utility company. *Install and new CT can from utility company. *Install new 1000 amp 120/208 3phase switch gear and all new breakers. 2-225 amp 3 pole
1-110 amp 3 pole
4-100 amp 3 pole
2-60 amp 3 pole
1-40 amp 3 pole
1-150 amp 2 pole
2-20 amp 2 pole
12-20 amp single pole
* Will reuse all wiring and will label panel when complete
* Demo out old panel. * Install new 225 amp 120/208 3 phase panel 42 circuit panel and all new breakers. 26-20 amp single pole
6-30 amp 2 pole
* Will reuse all wiring and will label panel when complete.

| Condensers | | Total Equipment | Strapping | 75 New line sets | Stands | Demo Cond. | Electrical | Condo Duct | Ref. Cover Hoods |
|---|---|---|---|---|---|---|---|---|---|
| 2 Ton | 20 | $55,283 | $6,187.50 | $45,505.00 | $12,740.00 | $60,674.00 | $450,130.00 | $165,000.00 | $32,900.00 |
| 1.5 Ton | 55 | $165,550 | | | | | | | |
| **Air Handlers** | | | | | | | | | |
| 2 Ton | 20 | $55,283 | | | | | | | |
| 1.5 Ton | 55 | $19,250 | | | | | | | |
| | | | $1,068,503 Building Total | | | | | | |

*Building 4* (handwritten)

**Pool Room Dehumidifier**

Hansen proposes to furnish the material and labor for a new Soresco Dehumidifier. All duct will be stainless and wrapped externally. All area exhaust is included in this price.
Soresco M# NE-Z-40-UC-pooldehumidifier

$186,937.33     *Pool Dehumidifier* (handwritten)

**Building 4 Common Areas**

Hansen proposes to install (1) 12.5 Ton & (1) 7.5 Ton package unit, material and labor included. These areas include the pool room, conference room, bathroom & fitness room. Duct will be sheet metal with the exterior wrapped.

| | |
|---|---|
| Job Total: $81,274.00 | Common Areas. |
| Engineer designed drawing for the pool area with stamp from Roger Smith | |
| Plans Total: $5,000.00 | |
| Lull rental for the duration of the job: | $23,856.00  Equipment Rental |

_____     _____
Approved                                            Date

*Building 4 - Plumbing*



Hansen Plumbing
P.O. Box 851869
Mobile, AL 36685
(251) 471-5151
(251) 300-2823 Fax

**BILL TO**
C & P Hansen Heating & Air
5821 Rangeline Road #204
Theodore, AL 36582 USA

| ESTIMATE | ESTIMATE DATE |
|---|---|
| 20171007 | Jun 21, 2021 |

**JOB ADDRESS**
Gulf Plantations BLDG 4
400 Plantation Lane #BLDG 4
Gulf Shores, AL 36542 USA

**Job:** 32036

### ESTIMATE DETAILS

Water&drain rough in with fixture install Bldg 4 / Rec center plumbing: Water&drain rough in with fixture install Bldg 4

Demo to be completed by Texas Claremont: Removal existing water and sanitary drain system from each unit in building 4 including pan drains for the waters heaters.
Hansen Responsible for
Rough in new pex water lines and pvc sanitary drain systems to each fixture in every unit of building 4 per existing floor plan. All floor penetrations will be fire proofed and test tees will be installed on each stack for fill testing. We will also install riser clamps on each piping penetration on every floor.
Fixtures to be roughed in for water lines and drains:
140 toilets, 140 tubs, 140 lavatory sinks, 75 kitchen sinks, 75 water heaters with pan drains, additional items: 55 bar sinks.

New system will be tied into existing water and sanitary sewer piping protruding from 1st floor slab. Price includes installation of fixtures which will include toilets, tubs, tub valves, lavatory faucets, kitchen faucets, dishwashers, water heaters. Fixtures must be on site and in each unit for installation. If fixtures are not in each unit, additional charges will apply. Hansen plumbing will provide piping and connections for each fixture, customer is responsible for supplying all fixtures. Metal studs will be repaired/replaced by another contractor BEFORE work can begin. Hansen is not responsible for additional damage to piping if metal stud repair/replacement is done after piping is in place.

Rec center plumbing

Starting above the slab, tie into the sanitary sewer and water distribution systems with new piping. Rough in water and drain for 4 showers 5 toilets 4 lavatories 2 urinals 4 washing machines 1 drinking fountain 2 hose bibs and 2 existing 80 gallon water heaters. Install new 2 inch cpvc water line from main water stack over to the existing water heaters and bathroom group with new hangers and stabilizer bars. Also, install new inline recirculating pump for hot water system. Price includes installation of customer supplied fixtures listed above. Hansen plumbing will provide piping and connections for each fixture, customer will be responsible for supplying all fixtures. Hansen not responsible for existing water heaters.

| TASK | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|

Estimate #20171007

Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| 0002 | Installation: Water&drain rough in with fixture install Bldg 4 Fixture count: 625 | | 625.00 | $750.00 | $468,750.00 |
| 0002 | Installation: Rec center plumbing 24 fixtures | | 24.00 | $750.00 | $18,000.00 |

|  |  |
|---|---|
| SUB-TOTAL | $486,750.00 |
| TAX | $0.00 |
| TOTAL | $486,750.00 |

Thank you for your business! Payment to be remitted within 30 days.

Hansen Plumbing not responsible for any sheetrock damages or repairs during services rendered.

Estimate #20171007

Page 2 of 2

Engineer Plans



Hansen Heating & Air
PO BOX 851869
Mobile, AL 36685
(251) 471-3047
AL License #08059

**BILL TO**
Texas Claremont Property Company
5555 West Loop South #100
Bellaire, TX 77401 USA

| | INVOICE | INVOICE DATE |
|---|---|---|
| | 105520 | Feb 04, 2021 |

**JOB ADDRESS**
Gulf Shores Plantation- Building Four
400 Plantation Road #Building Four
Gulf Shores, AL 36542 USA

**Terms:** Net 30
**Completed Date:** 2/4/2021

| TASK | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 244 | Misc-HVAC: This is for the engineered design plan of ductwork in pool area | 1.00 | $5,000.00 | $5,000.00 |

| | SUB-TOTAL | $5,000.00 |
|---|---|---|
| | TOTAL DUE | $5,000.00 |
| | BALANCE DUE | $5,000.00 |

Thank you for choosing Hansen Heating & Air
**CUSTOMER AUTHORIZATION**

This invoice is agreed and acknowledged. Payment is due upon receipt. A service fee will be charged for any returned checks, and a financing charge of 1% per month shall be applied for overdue amounts.

Sign here _____ Date _____

**CUSTOMER ACKNOWLEDGEMENT**

I have inspected all of the work done by Hansen Heating & Air pursuant to the contract terms agreed to by me. I find that all work has been completed in a satisfactory and workmanlike manner. I have been given the opportunity to address concerns and/or discrepancies in the work provided, and I either have no such concerns or have found no discrepancies or they have been addressed by Brooks Sellers to my satisfaction. My signature here signifies my full and final acceptance of all work performed by the contractor pursuant to the contract as agreed.