# EXHIBIT B

# CONTINUATION SHEET

| | | | | | PAGE | OF PAGE |
|---|---|---|---|---|---|---|

APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

| APPLICATION DATE: | 11/4/2021 |
|---|---|
| APPLICATION NO: | 2 |

| DRAW PERIOD | |
|---|---|
| FROM: | 11/1/2021 |
| TO: | 11/4/2021 |

| A | B | | C | D | E | F | G | | H |
|---|---|---|---|---|---|---|---|---|---|
| | | Contract Amount | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % COMPLETE (G ÷ C) | FUNDS REMAINING TO FINISH (C - G) |
| NO. | DESCRIPTION OF WORK | ORIGINAL VALUE | CHANGE ORDERS | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | |
| 1 | Building One | $ 129,252.01 | $ 63,139.20 | $ 192,391.21 | $ 129,252.01 | | | $ 129,252.01 | 67% | $ 63,139.20 |
| 2 | Building Two | $ 289,995.31 | $ 118,867.50 | $ 408,862.81 | $ 289,995.31 | | | $ 289,995.31 | 71% | $ 118,867.50 |
| 3 | Building Three | $ 365,361.00 | $ 150,890.00 | $ 516,251.00 | $ 365,361.00 | | | $ 365,361.00 | 71% | $ 150,890.00 |
| 4 | Building Four HVAC and Electric | $ 1,068,503.00 | | $ 1,068,503.00 | $ 400,000.00 | | | $ 400,000.00 | 37% | $ 668,503.00 |
| 5 | Building Four Plumbing | $ 486,750.00 | | $ 486,750.00 | $ 225,000.00 | | | $ 225,000.00 | 46% | $ 261,750.00 |
| 6 | Deduction for Eric Labor | | $ (358,680.00) | $ (358,680.00) | $ (26,105.00) | $ (247,805.00) | | $ (273,910.00) | 76% | $ (84,770.00) |
| 7 | Pool Room Dehumidifier | $ 186,937.33 | $ 111,350.48 | $ 298,287.81 | | | | $ - | | $ 298,287.81 |
| 8 | Building Four Pool Room | $ 81,274.00 | | $ 81,274.00 | | | | $ - | | $ 81,274.00 |
| 9 | Engineer Plans | $ 5,000.00 | | $ 5,000.00 | $ 5,000.00 | | | $ 5,000.00 | 100% | |
| 10 | Equipment Rental | $ 23,856.00 | $ 23,933.00 | $ 47,789.00 | $ 7,500.00 | | | $ 7,500.00 | 16% | $ 40,289.00 |
| 11 | Enter Approved Change Orders Below | | | $ - | | | | $ - | | |
| 12 | Building Four Plumbing | | $ 7,117.13 | $ 7,117.13 | | | | $ - | | $ 7,117.13 |
| 13 | Total Electric Change Orders | | $ 70,150.00 | $ 70,150.00 | | | | $ - | | $ 70,150.00 |
| 14 | Total HVAC Change Orders | | $ 327,528.35 | $ 327,528.35 | | | | $ - | | $ 327,528.35 |
| 15 | Roof Dome | | $ 24,500.00 | $ 24,500.00 | | | | $ - | | $ 24,500.00 |
| 16 | Main Building Electric | | $ 16,000.00 | $ 16,000.00 | | | | $ - | | $ 16,000.00 |
| 17 | BLDG 4 DUCT | | $ 165,000.00 | $ 165,000.00 | | | | $ - | | $ 165,000.00 |
| 18 | Deduction for Materials | | $ 6,567.55 | $ 6,567.55 | | | | $ - | | $ 6,567.55 |
| 19 | | | | $ - | | | | $ - | | |
| 20 | | | | $ - | | | | $ - | | |
| 21 | | | | $ - | | | | $ - | | |
| 22 | | | | $ - | | | | $ - | | |
| 23 | | | | $ - | | | | $ - | | |
| 24 | | | | $ - | | | | $ - | | |
| | GRAND TOTALS | $ 2,636,928.65 | $ 726,363.21 | $ 3,363,291.86 | $ 1,396,003.32 | $ (247,805.00) | $ - | $ 1,148,198.32 | | $ 2,215,093.54 |