# EXHIBIT C





**Invoice**

Invoice No.     **2221882**

Customer No.

REMIT TO: POST OFFICE BOX 18180~PENSACOLA, FL 32523~(850)433-6443~FAX# (850) 434-5927

**Bill To**
HANSEN HEATING
PO BOX 851869
MOBILE, AL 36685

**Ship To**
HANSEN REFRIGERATION
9365 HARD DRIVE
FOLEY, AL 36535

| Date | Ship Via | Terms | Tax Exempt Number |
|------|----------|-------|-------------------|
| 4/14/2022 | Delivered | NET 30 DAYS | |

| Purchase Order Number/ Job Name | | Sales Person | Our Order Number |
|---|---|---|---|
| 141212.001/ PLANTATION | | SK | 414SK.10064 |

| Quantity Shipped | Description | Amount |
|------------------|-------------|--------|
| 2 | SERESCO NE.010.UB.X - 10 TON PACKAGED ROOF TOPS - $147,070.00<br>3% CHARGE FOR CREDIT CARD PAYMENT - $4,412.10 | |
| | Subtotal | $151,482.10 |

**IF YOU ARE TAX EXEMPT OR THIS JOB IS TAX EXEMPT, YOU MUST PROVIDE PROPER DOCUMENATION WITHIN 10 DAYS OF INVOICE DATE OR YOU WILL BE RESPONSIBLE FOR THE TAX.**

PLEASE REMIT PAYMENT TO: P.O. BOX 18180, PENSACOLA, FL 32523

| | |
|---|---|
| Sales Tax (10.0%) | $14,707.00 |
| **Total** | **$166,189.10** |

*Thank You*

# GENERAL CONTRACTOR JOINT CHECK AGREEMENT

This Joint Check Agreement is dated this __17th__ day of __August__, 2022 by and between **Texas Claremont Property Company.,** ("General Contractor") and **HANSEN AIR PRO'S** ("Subcontractor") and **Air-Tech of Pensacola** ("Supplier").

Whereas, Supplier sells labor and/or materials to Subcontractor for use on **Gulf Shores Plantation** ("Project") and whereas Subcontractor performs work for the  General Contractor in connection with this Project pursuant to a subcontract agreement ("Subcontract"), and whereas Supplier is willing to supply Subcontractor with labor or materials if payment by General Contractor to Subcontractor is made by joint check  payable to both Subcontractor and Supplier, where the Supplier has supplied labor or materials for the Project.

Now therefore, and for in consideration of the mutual promises and benefits set forth herein, the parties hereby mutually agree that, in order to promote an uninterrupted flow of labor or materials to the Project, payment for all labor or materials delivered to the Subcontractor by the Supplier on this Project shall be made by General Contractor by check made jointly to Subcontractor and Supplier, not to exceed the amount of **One hundred sixty-six thousand one hundred eighty-nine dollars & 10/100 ($166,189.10)**. Subcontractor shall endorse any check to Supplier and leave with General Contractor to disburse to Supplier. Subcontractor and Supplier both agree that all funds received by either of them pursuant to this agreement shall be held in trust for the benefit of Supplier and all creditors of Supplier that directly or indirectly supplied labor or materials for the Project ("Trust Funds"). Subcontractor and Supplier agree they have no interest in Trust Funds to the extent they are indebted to those creditors and agree to segregate and make no use of, except to promptly account for and transmit to those creditors all such Trust Funds no later than on demand.

A copy of the contract or purchase order ("Supplier Contract") and all Supplier's invoices under the Supplier Contract, initialed or approved by Subcontractor and including shipment dates, shall be forwarded to General Contractor not later than three (3) days after date of invoice. All discounts shall accrue to the General Contractor. All parties hereby acknowledge the payment terms in Subcontractor's Subcontract. General Contractor's obligation to make payment under this Agreement shall be no greater than its obligation to make payment to Subcontractor under the Subcontract. It shall be an express condition precedent to any obligation of the General Contractor to make payment under the Subcontract or under this Agreement that the General Contractor has actually received payment from the Owner of the Project. In consideration of this Agreement, Supplier releases the Owner of the Project, General Contractor and any bonding companies from any and all lien or bond claim rights.

This Agreement may be executed in counterparts, which shall constitute but one and the same agreement. This Agreement does not constitute a guarantee of payment by the General Contractor; rather it is an agreement on the method of payment to Subcontractor and Supplier. It is understood that this Agreement is made solely as a convenience to Supplier, and it does not create any contractual rights between Supplier and General Contractor. Supplier agrees to continue supply of labor or material pursuant to the Supplier Contract regardless the status of payment to Supplier pursuant to the Supplier Contract. General Contractor may at its sole discretion discontinue this arrangement at any time with 24-hour written notice to Subcontractor and Supplier. All parties agree that this Agreement is to be governed by the laws of the Commonwealth of Alabama and that the forum for any litigation shall be Baldwin County, Alabama, without regard to its conflicts of laws principles.

**CONTRACTOR**

By: _____
**SUPPLIER-AIR TECH**

By: _____
**GENERAL CONTRACTOR**
**CONSTRUCTION COMPANY**
**TEXAS CLAREMONT PROPERTY COMPANY**

By: _____
**SUB-CONTRACTOR**
**HANSEN AIR PRO'S**