# EXHIBIT D





| | | Invoice No. | 2221882 |
|---|---|---|---|
| | | Customer No. | |

REMIT TO: POST OFFICE BOX 18180~PENSACOLA, FL 32523~(850)433-6443~FAX# (850) 434-5927

| Bill To | HANSEN HEATING<br>PO BOX 851869<br>MOBILE, AL 36685 | Ship To | HANSEN REFRIGERATION<br>9365 HARD DRIVE<br>FOLEY, AL 36535 |
|---|---|---|---|

| Date | Ship Via | Terms | Tax Exempt Number | |
|---|---|---|---|---|
| 4/14/2022 | Delivered | NET 30 DAYS | | |
| Purchase Order Number/ Job Name | | | Sales Person | Our Order Number |
| 141212.001/ PLANTATION | | | SK | 414SK.10064 |

| Quantity Shipped | Description | Amount |
|---|---|---|
| 2 | SERESCO NE.010.UB.X - 10 TON PACKAGED ROOF TOPS - $147,070.00<br>3% CHARGE FOR CREDIT CARD PAYMENT - $4,412.10 | |
| | Subtotal | $151,482.10 |

**IF YOU ARE TAX EXEMPT OR THIS JOB IS TAX EXEMPT, YOU MUST PROVIDE PROPER DOCUMENATION WITHIN 10 DAYS OF INVOICE DATE OR YOU WILL BE RESPONSIBLE FOR THE TAX.**

PLEASE REMIT PAYMENT TO: P.O. BOX 18180, PENSACOLA, FL 32523

| | Sales Tax (10.0%) | $14,707.00 |
|---|---|---|
| | Total | $166,189.10 |

*Thank You*

Payment 3/20 -25000

$ 141,189.10